Disposition of Petitions for Discretionary Review Under G.S. 7A-31

9 June 2016

| 174P16 | State v. Travis Taylor Dail | 1. State's Motion for Temporary Stay (COAP16-291) | 1. Allowed **05/11/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's Petition for *Writ of Certiorari* to Review Order of COA | 3. |
| 175P16 | N.C. Department of Health and Human Services, Division of Medical Assistance v. Parker Home Care, LLC<br><br>Division of Medical Assistance, N.C. Department of Health and Human Services v. Parker Home Care, LLC | 1. State's Motion for Temporary Stay (COA15-1026; COA15-1033) | 1. Allowed **05/11/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 180P16 | State v. John Wayne Bonetsky | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA15-811) | 1. Denied |
| | | 2. Def's Motion for Temporary Stay | 2. Allowed **05/13/2016** Dissolved **06/09/2016** |
| | | 3. Def's Petition for *Writ of Supersedeas* | 3. Denied |
| | | 4. Def's Motion to Amend PDR and File Notice of Appeal | 4. Denied **05/18/2016** |
| | | 5. State's Conditional PDR Under N.C.G.S. § 7A-31 | 5. Dismissed as moot<br><br>**Ervin, J., recused** |
| 188P16 | State v. Timothy Allen Foxworth | 1. Def's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA15-1092) | 1. Dismissed |
| | | 2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA | 3. Denied |
| | | 4. Def's *Pro Se* Motion for Subpoena *Duces Tecum* | 4. Dismissed as moot<br><br>**Ervin, J., recused** |
| 190P16 | Joseph Earl Clark, II v. N.C. Department of Public Safety | Petitioner's *Pro Se* Motion for PDR (COAP16-282) | Denied **05/27/2016** |